MHN

# FILED

MAY   1 2008  aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case number 08C 2289

Judge Judge ANDERSEN
Judge MAGISTRATE Judge COX

08 cv 2289

Dear Michael W. DOBBINS
          Clerk For The NOTHERN District of Illinois


I Luis Martinez Filed A petition recently, petition For WriT OF HEBEAS CORPUS Also In My petition I REQUESTED For TEMPORARY preliminary InJuction relief In My petition My case has been assigned to rule by Judge COX on My petition Magistrate Judge, Also Judge Andersen Was assigned To rule on My petition I Also Filed with The courts AN IN Forma pauperis Application And Signed a financial AFFIDAVIT StaTing ThaT I am IndigenT And DO NoT have Financial Income TO Afford a lawyer To represenT ME in this case Which is Necessary in My defense in This case, I Kindly Asked the courts if possible can The courts pleASE AppoinT ME counsel To be Able To represenT ME in The above case NUMBER 08 c 2289 May you pleASE KEEP ME informed I F The courts AppoinTed and Assigned a lawyer To represent me in this case if So May you please Tell Me his or her Name and can you please provide Me with information WERE I can Contact The Appointed Lawyer And if possible Can you please Tell ME When would I be contacted by This Lawyer If The courts Appointed counsel please Keep ME informed To any decisions regarding This Matter Also I would like To Thank you for your time and cooperation I really Appreciate Your concern. and the help you have provided →

thank you for being so kind please Notify The courts if possible that I will be providing The courts with More information To support My petition

With Much Appreciation,

Sincerely

Luis A. Marting