CH

08CV2289

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X    ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery<br>**RECEIVED** |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Illinois Attorney General's Office,<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>APR 28 2008<br><br>Office Of The Attorney General<br>Office Services |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7004 2510 0001 9700 8958 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

FILED

MAY 1 2 2008  PH
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT