Order Form (01/2005)

MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2289 | DATE | MAY 19, 2008 |
| CASE TITLE | U.S. ex rel. Luis Martinez (#2006-002743) v. Jackson | | |

**DOCKET ENTRY TEXT:**

Petitioner Luis Martinez's amended petition and letter requesting to submit an amended petition [6], [7] are denied and dismissed. This Court previously dismissed this case without prejudice. The same reasons cited in the court's prior order apply to petitioner's amended petition. *See* Rule 4, Rules Governing § 2254 Cases.

■ [For further details see text below.]    Docketing to mail notices.

### STATEMENT

For the same reasons cited by the court in its prior order, the court denies Petitioner Luis Martinez's request to submit an amended petition. *See Younger v. Harris*, 401 U.S. 37 (1971); *see also Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 489-92 (1973); *United States v. Castor*, 937 F.2d 293, 296-97 (7th Cir. 1991); *Neville v. Cavanaugh*, 611 F.2d 673, 675 (7th Cir. 1979); *see also Hudson v. Chicago Police Dept.*, 860 F. Supp. 521, 523-24 (N.D. Ill. 1994).

isk